RECEIVED
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JESSE ALVIN COLEMAN

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

08CV4836
JUDGE LINDBERG
MAG.JUDGE BROWN

Case No:________
(To be supplied by the Clerk of this Court)

SHERIFF OF COOK COUNTY
COOK COUNTY FOOD SERVICE DEPARTMENT
ARAMARK MANAGED SERVICES

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

# COMPLAINT

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: JESSE ALVIN COLEMAN

B. List all aliases: ——

C. Prisoner identification number: #2006 0092250

D. Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

E. Address: P.O. BOX 089002 DIV. #11 - C.J. #312 CHICAGO IL. 60608
C.F

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: TOM DART

Title: SHERIFF

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

B. Defendant: COOK COUNTY FOOD SERVICE DEPARTMENT

Title: FOOD PREPERATION, FOOD SERVICE

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

C. Defendant: ARAMARK MANAGED SERVICES

Title: FOOD DISTRIBUTION, MANAGED SERVICES

Place of Employment: COOK COUNTY DEPARTMENT OF CORRECTIONS

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: JESSE ALVIN COLEMAN - VS - TOM DART, ET AL. 08 C 2108

B. Approximate date of filing lawsuit: APRIL 14, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: -JESSE ALVIN COLEMAN-

D. List all defendants: TOM DART
SALVADOR A. GODINEZ
THOMAS SNOOKS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

F. Name of judge to whom case was assigned: MAGISTRATE JUDGE BROWN RULE ON PETITION: JUDGE LINDBERG

G. Basic claim made: THE COMPLAINT UNDER THE CIVIL RIGHTS ACT AGAINST THE "PARTIAL OUT" LOCKDOWN FORCED UPON PRE-TRIAL DETAINEES AND LIVING CONDITIONS CONSIDERED: VERY CRUEL, INHUMANE, UNUSUAL PUNISHMENT AND INHUMAN LIVING CONDITIONS WITH LACK OF SECURITY ALERT MEASURES ...... ECT.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING

I. Approximate date of disposition: ____________

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: CIVIL RIGHTS ACT AGAINST "TRIPPIE BUNKING AND CRUEL AND UNUSUAL PUNISHMENT OF DETAINEES W/ MEDICAL CONDITIONS" 08CV4613

B. Approximate date of filing lawsuit: AUGUST 7, 2008 - REC. AUG. 14TH

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

- JESSE ALVIN COLEMAN -

D. List all defendants: TOM DART
SALVADOR A. GODINEZ
THOMAS SNOOKS

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

F. Name of judge to whom case was assigned: JUDGE LINDBERG
MAGISTRATE JUDGE BROWN

G. Basic claim made: CIVIL RIGHTS ACT AGAINST "TRIPPIE BUNKING AND CRUEL AND UNUSUAL PUNISHMENT OF DETAINEES W/ MEDICAL CONDITIONS WITH STRIP SEARCHING," 3 AND 3"

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
STILL PENDING

I. Approximate date of disposition: —

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

DIVISION #11 · CS · #312: THIS COMPLAINT UNDER THE CIVIL RIGHTS ACT IS AGAINST RECIEVING DIRTY UNCLEAN FOODS FROM ARAMACK MANAGED SERVICES AND COOK COUNTY FOOD SERVICE DEPARTMENT......

AT APPROXIMATE 07·16·07 I WROTE A GRIEVANCE ABOUT THE FOOD I WAS RECIEVING MEAT WITH A COATING OF DIRT OR SOMETHING ON IT, SOME ROTTEN AND ODD LOOKING (3 TONED MEAT) ON MY DIET TRAYS, BUT THE SOCIAL WORKER INFORMED ME THAT ONLY A REQUEST COULD BE WRITTEN NOT A GRIEVANCE, THE REQUEST DID NO GOOD THE FOOD WAS WHAT IT WAS, IN MY STARVED DIET CONDITION I WAS FORCED TO EAT SPOILED AND SOMETIMES DIRTY MEATS, FOODS AND ALL, THINKING THAT I CAN'T GRIEVANCE IT, THAT I COULD ONLY ENDURE IT, BECAUSE OF MY "HIGH BLOOD PRESSURE DIET" I WOULD KEEP ON REQUESTING CLEAN FRESH AND A FULL DIETARY ALLOWENCE, BUT NOW THE BOTTOM LINE IS THAT THE FOOD WAS DELIVERED THAT WAY BY ARAMARK ~~MANGED~~ MANAGED SERVICES AND DEPARTMENT OF CORRECTIONS FOOD SERVICE FROM KITCHEN, AND UNSANITARY FOODS ARE AGINST OUR CIVIL RIGHTS BUT SEEMS LIKE SINCE WE ARE THE PRETRIAL DETAINEES AUTHORITIES TAKE US FOR GRANTED LIKE WE DON'T

HAVE ANY RIGHTS AS PRE-TRIAL CITIZENS AND THAT THIS TYPE OF FOODS ARE GOOD ENOUGH FOR PRE-TRIAL DETAINEES AND WE DON'T HAVE NO OPINION OR SAY SO TO EAT FRESH, DIRTY OR SPOILED, "I DON'T THINK SO"...... AS A RESULT OF THE CONTINUATION OF THE CONTAMINATED FOOD, ON 03/11/08 I DETAINEE JESSE ALVIN COLEMAN AT APPROXIMATELY 4:00AM I FOUND A BABY MOUSE IN MY LABELED DIET TRAY "IN THE GRITS" AND TURNED IT IN TO C.O. FERGSON, THE TRAY WAS VIEWED BY CO. WORKER C.O. O'NEAL, NOBODY NOTICED OR PAID ATTENTION TO THE CONTENTS OF ANY TRAYS WHILE THE C.O. AND ME MY CELLIE TREVAUGHN #20070082575 WAS THE WORKERS PASSING OUT THESE TRAYS STACKS OF 12 CARRIED UNTIL PASSED OUT 2 AT EVERY DOOR (48 TRAYS) NOBODY NOTICED A DEAD RAT IN MY TRAY UNTIL I RETURNED TO THE CELL (LIGHTS DIMMED) UNSTACKED MY CELLIE TRAY OFF MY TRAY NO ONE WAS LOOKING FOR THIS, I WAS'NT LOOKING WHEN I GRABBED A PIECE OF GRITS OFF THE TRAY THINKING THAT THE EXTRA SHAPE WAS ONLY A CIRCLE COMMING OUT OF THE GRITS (CAN'T SEE THE HEAD, TAIL OR FEET) WAS AN EXTRA PIECE OF SAUSAGE PATTY (I WEAR GLASSES) MY CELLIE DISCOVERED THE RAT ON MY TRAY, I SPIT THE GRITS OUT NOT SWALLOWING IT, MY CELLIE TREVAUGHN #20070082575 GOT CONTAMINATED FROM RAT HAIRS OFF MY TRAY, HIM EATING HIS FOOD, AT APPROXIMATELY 5:10AM TREVAUGHN MY CELLIE BECAME SICK FROM DIGESTING THE CONTAMINATED

FOOD, THE FOOD SERVICE STAFF BROUGHT ME A FRESH TRAY TO ME SO I DIDN'T GET SICK BUT MY CELLIE STARTED THROWING UP EVERYWHERE AT LEAST "20 TIMES" THE OFFICERS CO. FERGSON AND CO. WORKERS THOUGHT WE WERE PHONEY, HE WAS SCHEDULED FOR SICK CALL WHEN THE SHIFT CHANGED AT 7:00 AM 3·11·08 THEY GAVE HIM "MOTRINS" AND RELEASED HIM. THE KITCHEN DENIED EVER RECIEVING A TRAY BACK AS EVIDENCE BUT CO. FERGSON WROTE UP A INCIDENT REPORT AND TOOK THE TRAY DOWN TO THE KITCHEN PERSONALLY TO THE SUPERVISOR WHICH SAID THAT THE KITCHENS ARE EXTERMINATED FREQUENTLY TRYING TO HIDE THE TRUTH ABOUT THE RAT ON MY TRAY ALSO THE DIRTY CONTAMINATED FOOD THAT I HAVE BEEN RECIEVING FOR SO LONG, "I AM WILLING TO TAKE A LIE DETECTOR TEST FOR SATISFACTION". THIS RAT THING FOR ME IS, JUST THINK FOR ANYONE, A VERY MENTAL ISSUE, THIS RAT THING "UGH!" THIS IS AN EMERGENCY!

*ATTACHED* IS THE REQUEST FROM 07·16·07 FOR EVIDENCE AND 2 GRIEVANCES CONTROL #2008 X 0467 DATE: 03/11/08 03/31/08 W/ ANSWEARS ALSO PLEASE RETRIVE PSYCHIATRIST MEMORANDUM FROM CERMAK HEATH SERVICES AT COOK COUNTY DEPARTMENTS OF CORRECTIONS FOR ADDITIONAL EVIDENCE.......

(PLEASE RECOVER ALL CONTROLL #2008X0467 FROM COOK COUNTY DEPARTMENT OF CORRECTIONS FROM THE SAME TRACKING NO#2008X0467)

· DETAINEES HAVE NO ACCESS TO THESE RECORDS OR COPIES

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THAT PRECAUTIONS BE TAKEN AGAINST "CONTAMINATION" OF FOOD THIS IS A MAJOR HEALTH RISK
THAT FOOD FOR SPECIAL DIET BE CLEAN AND A FULL DIETARY PORTION
THAT FOOD MEET ALL NUTRITIONAL FOOD GROUPS, STANDARDS, FOR SPECIAL DIETS AND TRAYS
THAT ALL FOOD TRAYS BE MONITORED FROM DELIVERY TO SERVICE FOR SAVATAGE
THAT A BETTER GRADE OF FOOD SHOULD BE OBTAINED LIKE THE STATE DOES
THAT I BE COMPENSATED FOR HALLUCINATION SICKNESS FOR A CRUEL AND INCIVILITY ACT, SHOCK, MENTAL STRESS AND ANGUISH $2.5 MILLION

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15 day of 07, 2008

[signature]

(Signature of plaintiff or plaintiffs)

JESSE ALVIN COLEMAN

(Print name)

#20060092250

(I.D. Number)

HOME - 6608 S. Wolcott, CHICAGO Il. 60636) (P.O. BOX 089002, CHICAGO Il. 60608) COOK COUNTY

(Address)

Revised 9/2007

Request

Part-A / Control #: X

Referred To: Supt Div 11

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE ~~GRIEVANCE~~ Request

Detainee Last Name: Coleman First Name: Jesse

ID #: 2006-0092250 Div.: 11 Living Unit: AG Date: 07/16/07

BRIEF SUMMARY OF THE COMPLAINT: I am Recieving dirty meat on my Lunch sandwiches and a short portion of food on breakfast and dinner Trays and there seems to be a problem with the meat always bologna breakfast + Lunch every-day 7 days a week, The dinner trays it's always ground Turkey + soybean patties No fish or virety of food for my diet tray like it suspose to be im starving and Im Recieving dirty meat and i got the same food ~~ev~~ almost everyday except once or twice a week

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: That my meat be fresh and I get a full breakfast and dinner tray and some different food, please. Keep my food Clean

**DETAINEE SIGNATURE:** Jesse A. C[signature]

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 7/23/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2008 X 0467

Referred To: Central Kitchen

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: COLEMAN First Name: JESSE

ID #: [illegible] Div: [illegible] Living Unit: [illegible] Date: 3/11/08

BRIEF SUMMARY OF THE COMPLAINT: TO WHOM IT MAY CONCERN AT APP. 4:00 DETAINEE JESSE A. COLEMAN FOUND A BABY MOUSE IN HIS LABELED DIET TRAY IN THE GRITS AND TURNED IT IN TO THE C.O. WHICH WAS SEEN ALSO BY HIS CO. WORKERS......

→CJ OFICER NAME: CO FERGSON, CO ONEAL WITNESS ←

AT APP. 5:10AM AFTER TREVAUGHN #20070082575 HAD EATE HIS TRAY HE BECAME SICK, THROWING UP EVERYWHERE, HIS TRAY WAS ON TOP OF THE MOUSE TRAY, HE WAS SCEDULED FOR SICK CALL THE [illegible] SHIFT 03-11-08

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

TREVAUGHN POWERS #20070082575

ACTION THAT YOU ARE REQUESTING:

THAT PRECAUTIONS BE TAKEN AGAINST "CONTAMINATION" OF FOOD. THIS IS A MAJOR HEAITH RISK........ RESTURANTS & KITCHENS GET CLOSED DOWN FOR THIS.......

**DETAINEE SIGNATURE:** Jesse A. Coleman

C.R.W.'S SIGNATURE: D. W[illegible] DATE C.R.W. RECEIVED: 3/11/08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Coleman **First Name:** Jesse

**ID#:** 2008-0039225 **Div:** 11 **Tier/LivingUnit:** CJ

**Date of Request:** 3/31/08 **Date C.R.W. Received Request:** 4/2/08

**This request has been processed by:** D. Wilson **C.R.W.**

***Summary of Request:***

Detainee alleges that a mouse was found in his food.

***Response and/or Action Taken:***

Upon response to 2008X0467 Detainee refuses to sign grievance (see attached) This attached grievance can not be appealed

Darius Wilson Darius Wilson **Date:** 4/3/08 **Div./Dept.** 11 prog/serv

(Print- name of individual responding) (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE ) ( YELLOW COPY – C.R.W. WEEKLY PACK ) ( PINK COPY – DETAINEE )

Part-A / Control #: 2008X 0467

Referred To: ______

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: COLEMAN First Name: JESSE

ID #: 2006-0098250 Div.: #11 Living Unit: CJ Date: 03/31/08

BRIEF SUMMARY OF THE COMPLAINT: ACCORDING TO CENTRAL KITCHEN AND DIV. #11, KITCHEN NEVER RECIEVED BACK A TRAY AS EVIDENCE BUT CO FERGSON RETURNED MY TRAY WITH MOUSE ON IT. THEN WROTE UP A REPORT ABOUT THE INCIDENT NOBODY NOTICED THE MOUSE BECAUSE NO ONE WAS LOOKING FOR THIS, I WASN'T LOOKING WHEN I GRABBED A PIECE OF GRITS OFF THIS TRAY ONLY TO SPIT IT OUT BEFORE SWALLOWING, MY CELLIE TREVAUGHN #2007008 2575 GOT CONTAMINATED IT WAS A SURPRISE TO EVERYONE...... THE CENTRAL KITCHEN HAS STATED A LIE AND IS HIDING THE TRUTH, I AM NOT ALLEGGING ANYTHING, "I WILL TAKE A LIE DETECTOR TEST" FOR SATISFACTION....... THIS IS A VERY MENTAL ISSUE FOR ME, JUST THINK FOR ANYONE, THIS RAT THING, "UGH!"

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

FROM THIS COVER-UP OF CENTRAL KITCHEN AND DIV. #11 KITCHEN CONCERNING

ACTION THAT YOU ARE REQUESTING:

CONTAMINATION AND THIS MAJOR HEALTH RISK, MENTAL STRESSOR, CRUEL AND INCIVILITY ACT DETAINEE SHOULD BE COMPENSATED FOR TROUBLE WITH THIS ACTION IN THE ABOVE SUPRA.

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: D. W[signature] DATE C.R.W. RECEIVED: 4/2/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part - B / Control #: 2008 X 0467

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Coleman **First Name:** Jesse **ID#:** 2006 0092250

**Is This Grievance An Emergency?** YES ☐ NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges a maggot was found in his food tray

**C.R.W. Referred Griev. To:** Central Kitchen **Date Referred:** 3/12/08

**Response Statement:** DIV XI'S Kitchen never received back this tray as evidence. I can assure you that all kitchens are routinely inspected by an exterminator and there have been no other incidents of this kind.

J. Lang, R.D. - J. Lang, R.D. **Date:** 3/25/08 **Div./Dept:** Central Kitchen

(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

Lynn MAFWEATHER [illegible] **Date:** 3/25/08 **Div./Dept:** XI

(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

J. Mueller - [signature] **Date:** 3/26/08

(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 3/28/08 **Detainee Signature:** REFUSED TO SIGN

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** ____/____/____

***Detainee's Basis For An Appeal:***

***Appeal Board's Acceptance Of Detainee's Request:*** *YES* ☐ *NO* ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

***Appeal Board's Signatures / Dates:***

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____/____/____ **Detainee Signature:**

GRIEVANCE CODE(S): (______) (______) (______) (______)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TO: CLERK
FROM: JESSE ALVIN COLEMAN
DETAINEE: #20060092250

DEAR CLERK,

I'M WRITING YOU BECAUSE I NEED THAT YOU FILE NOTICE PURSUANT TO 735 ILCS 5/5-105 I REALLY HAVE NO MONIES, AND SERVE ALL PARTIES THE EVIDENCE THAT I CAN NOT OBTAIN COPIES OF NO WHERE IN DEP. OF COOK COUNTY, BEING THESE "GREIVANCES AND REQUEST": CONTROL # 2008X0467 AND ALL COPIES CONCERNING THAT CONTROL # AND PSYCHIATRY MEMORANDUM FROM CERMAK HEALTH SERVICES AT COOK COUNTY DEPARTMENT OF CORRECTIONS.. PLEASE RECOVER.......

PLEASE SEND ME ALL COPIES AND DOCKETING WITH STATUS REPORT AT THE ~~PA~~ BELOW P.A.

THANKS,

JESSE A. COLEMAN
DETAINEE #20060092250
DIVISION #11 · CF · #312
P.O. BOX 089002
CHICAGO IL. 60608